B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re   **Grower's Organic, LLC**
                                    Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stehly Farms Organics<br>12630 Santa Catalina Rd<br>Valley Center, CA 92082 | Stehly Farms Organics<br>12630 Santa Catalina Rd<br>Valley Center, CA 92082 | | | 54,452.00 |
| Sweet Harvest Marketing<br>PO Box 487<br>Kingsburg, CA 93631 | Sweet Harvest Marketing<br>PO Box 487<br>Kingsburg, CA 93631 | | | 53,892.00 |
| Michael Hartberger<br>800 Eveningsong Drive<br>Castle Rock, CO 80104 | Michael Hartberger<br>800 Eveningsong Drive<br>Castle Rock, CO 80104 | | | 40,800.00 |
| Lester's Trucking<br>PO Box 350577<br>Westminster, CO 80035-0577 | Lester's Trucking<br>PO Box 350577<br>Westminster, CO 80035-0577 | | | 38,985.00 |
| Joe Lippis Farms<br>1834 Cedar Ave<br>Canon City, CO 81212 | Joe Lippis Farms<br>1834 Cedar Ave<br>Canon City, CO 81212 | | | 35,564.00 |
| Organic Valley<br>Coop Regions of Organic Prod<br>Dept 7041<br>Carol Stream, IL 60122 | Organic Valley<br>Coop Regions of Organic Prod<br>Dept 7041<br>Carol Stream, IL 60122 | | | 35,061.00 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | 24,849.00 |
| Carter Energy Corp<br>PO Box 29106<br>Mission, KS 66201 | Carter Energy Corp<br>PO Box 29106<br>Mission, KS 66201 | | | 22,204.00 |
| Osage Gardens<br>PO Box 993<br>New Castle, CO 81647 | Osage Gardens<br>PO Box 993<br>New Castle, CO 81647 | | | 19,884.00 |
| North Valley Produce<br>PO Box 3527<br>Chico, CA 95927-3527 | North Valley Produce<br>PO Box 3527<br>Chico, CA 95927-3527 | | | 19,736.00 |
| Tuxedo Farm<br>PO Box 521<br>Olathe, CO 81425 | Tuxedo Farm<br>PO Box 521<br>Olathe, CO 81425 | | | 15,031.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Grower's Organic, LLC**
                                        Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Big B's Fabulous Juices<br>PO Box 2012<br>Hotchkiss, CO 81419 | Big B's Fabulous Juices<br>PO Box 2012<br>Hotchkiss, CO 81419 | | | 14,788.00 |
| Direct Line Transportation<br>Goodman Factors<br>PO Box 29647<br>Dallas, TX 75229 | Direct Line Transportation<br>Goodman Factors<br>PO Box 29647<br>Dallas, TX 75229 | | | 14,575.00 |
| Golden Organics Inc<br>4941 Allison St, #2<br>Arvada, CO 80002 | Golden Organics Inc<br>4941 Allison St, #2<br>Arvada, CO 80002 | | | 13,980.00 |
| Peterson Turkey Farm<br>3605 S Carr Street<br>Denver, CO 80235 | Peterson Turkey Farm<br>3605 S Carr Street<br>Denver, CO 80235 | | | 13,611.00 |
| Morning Fresh Dairy Farm<br>5821 W county Rd 54E<br>Bellvue, CO 80512 | Morning Fresh Dairy Farm<br>5821 W county Rd 54E<br>Bellvue, CO 80512 | | | 13,247.00 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094 | Chase<br>PO Box 94014<br>Palatine, IL 60094 | | | 12,143.00 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094 | Chase<br>PO Box 94014<br>Palatine, IL 60094 | | | 10,625.00 |
| Black Bear Orchards<br>3824 Highline Canal Rd<br>Palisade, CO 81526 | Black Bear Orchards<br>3824 Highline Canal Rd<br>Palisade, CO 81526 | | | 10,040.00 |
| Rocky Mountain Mechanical Systems<br>951 Vallejo Street<br>Denver, CO 80204 | Rocky Mountain Mechanical Systems<br>951 Vallejo Street<br>Denver, CO 80204 | | | 9,669.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8-28-15                         Signature  _____
                                                 Brian Freeman
                                                 Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.